# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROKU, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:20-cv-742-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS ROKU

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Roku, Inc. ("Roku") have resolved American's claims for relief against Roku asserted in this case.

NOW, THEREFORE, American and Roku, through their attorneys of record, request this Court to dismiss all claims asserted by American against Roku in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: June 15, 2021

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819

ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*


/s/ *Andrew N. Thomases*
David N. Deaconson
TX Bar Card No. #05673400
Pakis, Giotes, Page, & Burleson, P.C.
P.O. Box 58
Waco, TX 76703
(254) 297-7300
deaconson@pakislaw.com

_____

Andrew N. Thomases (*pro hac vice*)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
(650) 617-4090
andrew.thomases@ropesgray.com

*Attorneys for Defendant Roku, Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 15, 2021.

>*/s/Zachariah S. Harrington*
>Zachariah S. Harrington